# UNITED STATES DISTRICT COURT
for the
Southern District of California

| In the Matter of the Search of | ) |
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) Case No. **20-MJ-4042** |
| Priority Mail Parcel 9405536897846109889643, addressed to "Aviara CPA, 6965 El Camino Real Ste 105, PMB 172, Carlsbad, CA 92009-4101" | ) |

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A, incorporated herein by reference.

located in the _Southern_ District of _California_, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B, incorporated herein by reference.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code, Sections 841(a)(1), 843(b), and 846 | Distribution of controlled substances and conspiracy to commit the same. Unlawful use of communications facility. |

The application is based on these facts:

See Attached Affidavit of Special Agent Corey Dunphy, USPS OIG, incorporated herein by reference.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days: _____)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Corey Dunphy*
*Applicant's signature*

Corey R Dunphy, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by _telephone_ *(specify reliable electronic means)*.

Date: September 21, 2020

*William V. Gallo*
*Judge's signature*

City and state: San Diego, California

Hon. William V. Gallo U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT**

I, Corey Dunphy, being duly sworn, declare and state as follows:

## I. INTRODUCTION

1. I am a Special Agent employed by the U.S. Postal Service ("USPS") Office of the Inspector General ("OIG"), Pacific Area Field Office, and have been so employed since May 2005. Previously, I was a Special Agent at the U.S. Department of State beginning in July 2002 until I joined the USPS OIG. I have a Master's Degree in Business Administration, a Bachelor's Degree in International Business, and I am an accredited Certified Fraud Examiner. I completed the criminal investigator training program at the Federal Law Enforcement Training Center.

2. I am currently assigned to the Pacific Area Field Office, where my responsibilities include conducting narcotics investigations involving USPS employees, including the unlawful transportation of controlled substances and proceeds of the sale of controlled substances, through the United States Mail.

3. In the course of my work, I have become knowledgeable about the enforcement of state and federal laws pertaining to narcotics and dangerous drugs. I have received formal training in the identification of various types of controlled substances by sight and odor, the way in which controlled substances are packaged, marketed, and consumed, and the effects of various drugs on human physiology. I have participated in numerous investigations involving narcotics and dangerous drugs. Through these investigations, training, and consultations with other

Special Agents, I am familiar with the operations of illegal drug trafficking organizations (DTOs) and drug traffickers.

## II. PURPOSE OF AFFIDAVIT

4.   This affidavit is made in support of an application for a search warrant for the SUBJECT PARCEL, described below in paragraph 5 as well as in Attachment A, for the items listed in paragraph 7 and Attachment B, which constitute the fruits, instrumentalities, and evidence of violations of 21 U.S.C. § 841(a)(1) (Distribution and Possession with Intent to Distribute a Controlled Substance) and 21 U.S.C. § 843(b) (Unlawful Use of a Communication Facility (including the mails) to Facilitate the Distribution of a Controlled Substance).

5.   The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses.  This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not purport to set forth all of my knowledge of or investigation into this matter.  Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

## III. PARCEL TO BE SEARCHED

6.   This affidavit is made in support of an application for a search warrant for the following USPS parcel (the "SUBJECT PARCEL"):

   a.   The SUBJECT PARCEL, as described in this paragraph and in Attachment A, is a USPS Priority Mail parcel

2

bearing tracking label number 9405536897846109889643 and weighing approximately 4 ounces.  It is addressed to "Aviara CPA, 6965 El Camino Real Ste 105, PMB 172, Carlsbad, CA 92009-4101" with a return address of, "Oleg Khomyak, 6725 W Belmont Ave, Chicago, IL 60634."

7.   As described in detail below, the SUBJECT PARCEL is an inbound parcel to the Southern District of California and was selected for investigation because it met certain criteria common to packages containing narcotics proceeds or controlled substances.  The SUBJECT PARCEL is believed to contain controlled substances or proceeds from the trafficking of controlled substances based on, among other things, a positive alert by a trained narcotics-detection canine to the SUBJECT PARCEL for the presence of controlled substances or other items, such as proceeds from the sale of controlled substances, which have been contaminated by controlled substances.

## IV. ITEMS TO BE SEIZED

8.   The requested search warrant seeks authorization to seize items constituting fruits, instrumentalities, and evidence of violations of 21 U.S.C. § 841(a)(1) (Distribution and Possession with Intent to Distribute a Controlled Substance) and 21 U.S.C. § 843(b) (Unlawful Use of a Communication Facility (including the mails) to Facilitate the Distribution of a Controlled Substance).  The list of items to be seized is set forth in Attachment B, which is incorporated herein by reference.

### V. STATEMENT OF PROBABLE CAUSE

**A. Background**

9. The USPS OIG is responsible for investigations of USPS employees committing crimes and misconduct against the USPS. Additionally, the USPS OIG conducts investigations of collusive USPS employees aiding DTOs in the trafficking of narcotics.

10. Based on my training, personal experience, and the collective experiences related to me by fellow USPS OIG Special Agents who specialize in investigations relating to collusion of USPS employees with DTOs, I am aware that the San Diego area is a major source area for controlled substances. As such, controlled substances are frequently transported from the San Diego area via the United States Mail, and the proceeds from the sale of the controlled substances are frequently returned to the San Diego area via the United States Mail. These proceeds are generally in the form of cash, money orders, bank checks, or similar monetary instruments in an amount over $1,000. Based on my training and experience, I know that narcotics proceeds often contain the odor of narcotics because they have been contaminated with or associated with the odor of one or more controlled substances.

11. I also know, based on my training and experience, that drug traffickers will often use Priority Mail Service, which is the USPS two-to-three day delivery mail product. Drug traffickers use the Priority Mail delivery service because it allows drug traffickers more time for travel between states if they decide to follow their shipments to their destinations for

4

distribution. Also, by adding delivery confirmation to a Priority Mail parcel, drug traffickers have the ability to track the article's progress to the intended delivery point.

12. Based on information derived and aggregated over the years, I initially look for certain characteristics when examining Priority Mail for controlled substances or proceeds from the sale of controlled substances. These characteristics include:

   a. The article is contained in a box, flat cardboard mailer, or Tyvek envelope where seams are taped or glued shut;

   b. The shipping label on the article does not contain a business account number;

   c. The shipping was paid in a method aside from business or personal credit card or check;

   d. The article emits an odor of a cleaning agent or adhesive or spray foam that can be detected by a human; and

   e. Multiple articles are mailed by the same individual, on the same day, from different locations.

13. Parcels found to meet these characteristics are scrutinized through further investigation, which may include verification of the return and addressee addresses and trained narcotics-detection canine examination.

14. I know from my experience and training that drug traffickers often use fictitious or incomplete names and/or addresses in an effort to conceal their identities from law enforcement officers investigating these types of cases.

5

**B.     Investigation Regarding the SUBJECT PARCEL**

15.   In September 2020, an investigation of suspicious parcels was initiated in California to identify collusive USPS employees working with DTOs to facilitate the successful delivery and receipt of narcotics parcels in the Greater San Diego area. Analysis of multiple suspected narcotics and narcotics proceeds parcels, using the factors identified above at paragraph 12, identified 6965 El Camino Real Ste 105, PMB 172, Carlsbad, CA 92009-4101 as an address which should be investigated further.

16.   On September 10, 2020, I conducted an open source review of 6965 El Camino Real Ste 105 and learned the location was a UPS Store, which operated as a USPS Commercial Mail Receiving Agency (CMRA). I know from my training and experience that DTOs and their associates will often use CMRAs to send and (especially) receive parcels containing narcotics and narcotics proceeds because they provide an extra layer of insulation shielding the sender or recipient's identity from law enforcement.

17.   On September 10, 2020, I obtained and reviewed UPS private mail box #172 records which included the customer application in the name of Tyler Bovee and included a photocopy of Mr. Bovee's State of California Driver's license, which was required to open the account. In the application, Mr. Bovee identified the applicant company name as Aviara CPA.

18.   I reviewed a USPS report of parcels delivered to this address in the past 18 months and found 47 of the 51 total

6

parcels delivered to this address were shipped from 47 different senders' addresses in the Greater Miami Area, most in the same exact weight and USPS shipping method, and I decided to review some of these items. For example, shipping details for two of these parcels are listed below:

    a.   July 30, 2020 – USPS Priority Mail Tracking # 9470136897846941821920. From: Debra Rogers, 151 Lakeview Dr, Apt 201, Weston, FL 33326; To: Aviara CPA 6965 El Camino Real Ste 105 PMB 172, Carlsbad, CA 92009-4101.

    b.   July 25, 2020 – USPS Priority Mail Tracking # 9470136897846917990858. From: Tasha Hansen, 159 NE 75th St #3, Miami, FL, 33138; To: Aviara CPA 6965 El Camino Real Ste 105 PMB 172, Carlsbad, CA 92009-4101.

19. A search of both of these parcels' sender addresses in a law enforcement database revealed no matching name at the address. Both shipping labels were computer printed, shared the same font and format, and were selected for Waiver of Signature for delivery, and the induction cities were within the same geographic area: the Greater Miami Area.

20. From my knowledge and experience and the aforementioned analysis, I believe that these parcels likely contained contraband.

21. On September 17, 2020, I received a notification of a USPS Priority Mail parcel with tracking # 9405536897846109889643 destined for 6965 El Camino Real, Ste 105, PMB 172, Carlsbad, CA 92009-4101 to be delivered on or about September 18, 2020 (the

7

SUBJECT PARCEL). I reviewed the image of the parcel which revealed the following:

    a. USPS Priority Mail Tracking #9405536897846109889643. From: Oleg Khomyak, 6725 W Belmont Ave, Chicago, IL 60634 To: Aviara CPA, 6965 El Camino Real Ste 105, PMB 172, Carlsbad, CA 92009-4101.

    22.  I searched a law enforcement database for the sender's name and address and found no matching name at the address. I searched for other parcels currently in USPS processing which bore the same sender's supposed name and address and found three additional parcels shipped on the same day to different cities.

    23.  Based on my training and experience, I believe that the SUBJECT PARCEL likely contains contraband or the proceeds of drug trafficking, as the recipient received other parcels in which the sender's name and or address was fictitious, and for the other reasons outlined above.

    24.  On April 18, 2020, the USPS identified and seized the SUBJECT PARCEL at the USPS Carlsbad La Costa Post Office, 1700 Aviara Parkway, Carlsbad, CA 92011.

    **C.  Positive Dog Hit on the SUBJECT PARCEL**

    25.  On September 18, 2020, I observed Carlsbad Police Department Police Patrol and Canine Enforcement Officer (CEO) Jason Arnotti and his trained narcotics detection dog, "Kash" conduct an independent and separate exterior examination of the SUBJECT PARCEL.  The parcel was placed in line with five mail pieces and away from other mail to keep from cross-contamination.  CEO Arnotti advised me that Kash gave a positive

alert to the SUBJECT PARCEL, indicating the presence of controlled substances or other items, such as the proceeds of controlled substances, which have been recently contaminated with, or associated with, the odor of one or more controlled substances, in the SUBJECT PARCEL.

    26.   I obtained the background of Kash to determine his experience, training, certifications and reliability. CEO Arnotti informed me that:

       a.   On November 2, 2017, K9 Kash completed 5 weeks of training and became P.O.S.T certified as a Patrol K9 by Man-K9. I have been KASH's handler since October 2017.

       b.   On October 18, 2018 K9 Kash successfully completed 200 hours of training and became P.O.S.T certified to detect the odor of the following scheduled controlled substances: cocaine, heroin, and methamphetamine. Since his initial training KASH has also certified on the odor of ecstasy.

       c.   Kash's reliability rating during the most recent annual certification on 04/01/2020 was 100%.

       d.   In addition to yearly certifications, Kash and I train weekly on all odors the dog is trained to detect. This on-going training averages 5 hours per month and incorporates the following:

       e.   Training in all areas of interdiction, such as vehicles, truck tractor and trailers, currency, parcels and mail, storage units, residences, motels, apartments, etc.;

       f.   Training on various quantities of controlled substances, ranging from grams to pounds;

        g.    Training on novel odors, such as odors that are distracting, masking, or new;

        h.    Training on controlled negative (blank) testing, in which all objects or locations have no contraband present;

        i.    Extinction training, which proofs the dog and prevents him from alerting to common items associated with controlled substances, such as plastic bags, etc.;

        j.    Training with the dog both off-lead and on-lead.

27.    I know based on my training, experience, and information relayed to me by other members of law enforcement, including law enforcement officers assigned drug detection canines, that the odor of narcotics transfers to other items, such as paper currency.  This transfer is temporary and generally occurs when narcotics are recently stored in close proximity with paper currency.  I also know based on my training and experience that drug traffickers commonly store narcotics and paper currency together in a secure location, such as a safe.  Those who traffic in narcotics and the proceeds of narcotics sales utilizing the U.S. Mail commonly wrap narcotics and the proceeds of narcotics sales in plastic that is heat and vacuum sealed in an attempt to prevent odors from escaping.  Drug detection canines may detect the odor of narcotics on paper currency in these situations.  Further, based on my training and experience, parcels that are found to contain narcotics or the proceeds of narcotics sales may also contain documents or other materials that provide evidence of the parties involved.  Finally, the packaging in which narcotics and narcotics proceeds

are shipped is often significant evidence, in that similar packaging can establish a common *modus operandi* or signature of a particular DTO or group of traffickers.

## VI. CONCLUSION

28. For all the reasons described above, there is probable cause to believe that the SUBJECT PARCEL described in Attachment A contains controlled substances or the proceeds from the sale of controlled substances as described in Attachment B, constituting evidence of violations of 21 U.S.C. § 841(a)(1) (Distribution and Possession with Intent to Distribute a Controlled Substance) and 21 U.S.C. § 843(b) (Unlawful Use of a Communication Facility (including the mails) to Facilitate the Distribution of a Controlled Substance).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

*Corey Dunphy*
Corey Dunphy
Special Agent
U.S. Postal Service, Office of the Inspector General

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 on this  21st  day of September, 2020.

*William V. Gallo*
HONORABLE WILLIAM V. GALLO
UNITED STATES MAGISTRATE JUDGE

**ATTACHMENT A**

PARCEL TO BE SEARCHED

The following United States Postal Service Priority Mail parcel seized on September 18, 2020, from the Carlsbad La Costa Post Office and currently in the custody of the United States Postal Service Office of Inspector General: The SUBJECT PARCEL is a United States Postal Service Priority Mail parcel bearing tracking label number 9405536897846109889643 and weighing approximately 4 ounces.  It is addressed to "Aviara CPA, 6965 El Camino Real Ste 105, PMB 172, Carlsbad, CA 92009-4101" with a return address of, "Oleg Khomyak, 6725 W Belmont Ave, Chicago, IL 60634."

**ATTACHMENT B**

ITEMS TO BE SEIZED

The following items are to be seized from the SUBJECT PARCEL, which constitute the fruits, instrumentalities, and evidence of violations of Title 21, United States Code, Sections 841(a)(1) (Distribution and Possession with Intent to Distribute a Controlled Substance) and 843(b) (Unlawful Use of a Communication Facility (including the mails) to Facilitate the Distribution of a Controlled Substance):

    a.    Any controlled substances;

    b.    Currency, money orders, bank checks, or similar monetary instruments in quantities over $1,000;

    c.    Any documents reflecting ownership or control of the SUBJECT PARCEL or the distribution of controlled substances or its proceeds; and

    d.    Packaging material.